UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| YESENIA DIAZ, | ECF CASE |
| --- | --- |
| Plaintiff, | No.: 1:19-cv-5535 (PAE)(JLC) |
| v. | |
| THE WATCHUNG GROUP, INC., | |
| Defendant. | |

NOTICE OF THE PARTIES' MOTION FOR APPROVAL OF THE FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE that, upon the memorandum of law and accompanying declaration, the Parties respectfully move the Court for an Order approving the settlement agreement in this Fair Labor Standards Act matter.

Dated: New York, New York
January 2, 2020

Respectfully submitted,
LIPSKY LOWE LLP

s/ Douglas B. Lipsky
Douglas B. Lipsky
420 Lexington Avenue, Suite 1830
New York, New York 10170
212.392.4772
doug@lipskylowe.com
*Plaintiff's Counsel*